IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CLIFTON ROBINSON, )<br>   a/k/a "Ty," )<br>MONIQUE BONNER, )<br>TAWANDA DAVIS, )<br>   and )<br>BRIEANNA KINNEY-BONNER, )<br>)<br>Defendants. ) | Criminal No. 16-10053<br><br>VIO: 18 U.S.C. §§ 286, 1341, 1343,<br>1028(A)(a)(1), 1028(c)(1), and 2 |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1
(Conspiracy to Defraud the Government)

### Introduction

At all times relevant to the indictment:

1. The defendants Clifton Robinson, a/k/a "Ty," Monique Bonner, Tawanda Davis, and Brieanna Kinney-Bonner resided in Peoria, Illinois.

2. A "means of identification" was any name and number that may be used, alone or in conjunction with other information, to identify a specific individual, including a name, Social Security Number, and date of birth.

3. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for enforcing and administering the federal tax laws of the United States, and collecting taxes owed to the United States.

## Conspiracy to Defraud the Government

4. Starting in or about 2012 and continuing to the present, at Peoria, in the Central District of Illinois and elsewhere,

> CLIFTON ROBINSON, a/k/a "Ty,"
> MONIQUE BONNER,
> TAWANDA DAVIS, and
> BRIEANNA KINNEY-BONNER,

defendants herein, and others known and unknown to the grand jury, knowingly and willfully agreed, combined, and conspired to defraud the United States by obtaining and aiding to obtain the claim, payment and allowance of a false, fictitious, and fraudulent claim on behalf of themselves and others by submitting false claims for income tax refunds with the United States Department of the Treasury through the Internal Revenue Service.

## Manner and Means

5. It was a part of the conspiracy that the defendants would, by deceit and dishonest means, defraud the United States by interfering with and obstructing the lawful government functions of the Internal Revenue Service.

6. It was further a part of the conspiracy that the defendants obtained and used means of identification of other individuals, including names and social security numbers.

7. It was further part of the conspiracy that the defendants caused false and fraudulent federal income tax returns to be prepared using the means of identification.

8. It was further part of the conspiracy that the defendants caused false and fraudulent federal income tax returns for the tax years 2011, 2012, 2013, and 2014 to be submitted to the IRS, which tax returns falsely claimed income tax refunds.

9. It was further a part of the conspiracy that the defendants caused checks and prepaid debit cards representing the proceeds of the fraudulent tax returns to be mailed to addresses to which the defendants had access.

10. It was further a part of the conspiracy that the defendants caused proceeds of the fraudulent tax returns to be deposited to various bank accounts, some of which were owned by the defendants.

11. It was further a part of the conspiracy that the defendants also used other individuals' bank accounts to receive the fraudulently-obtained tax refunds.

12. It was further a part of the conspiracy that the defendants used the fraudulently-obtained tax refunds for their own use and benefit.

In violation of Title 18, United States Code, Section 286.

# COUNTS 2 – 9
## (Wire Fraud)

1.  The Grand Jury realleges and incorporates by reference herein the allegations of paragraphs 1 through 12 of Count 1 as if fully set forth herein.

2.  Starting in or about 2012 and continuing to the present, at Peoria, in the Central District of Illinois and elsewhere,

> CLIFTON ROBINSON, a/k/a "Ty,"
> MONIQUE BONNER,
> TAWANDA DAVIS, and
> BRIEANNA KINNEY-BONNER,

defendants herein, devised and intended to devise, a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

3.  On or about the dates listed below, in the Central District of Illinois and elsewhere, the defendants, for the purpose of executing said scheme and artifice to defraud, did knowingly cause to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds, each transmission constituting a separate count of the indictment:

| Count | Date | Wire Transmission |
|---|---|---|
| 2 | 3/13/13 | Transfer of $4,460.00 for S.B.'s return |
| 3 | 5/1/13 | Transfer of $3,900.00 for T.A.'s return |
| 4 | 3/4/14 | Transfer of $5,250.00 for R.H.'s return |
| 5 | 3/12/14 | Transfer of $5,250.00 for T.A.'s return |
| 6 | 1/20/15 | Electronic filing of D.Y.'s tax return seeking $4,673.00 refund |
| 7 | 1/28/15 | Electronic filing of C.P.'s tax return seeking $5,018.00 refund |
| 8 | 1/28/15 | Electronic filing of R.H.'s tax return seeking $4,822.00 refund |
| 9 | 2/23/15 | Transfer of $5,232.83 to Metabank debit card for Tawanda Davis |

All in violation of Title 18, United States Code, Sections 1343 and 2.

# COUNT 10-14
## (Mail Fraud)

1. The Grand Jury realleges and incorporates by reference herein the allegations of paragraphs 1 through 12 of Count 1 as if fully set forth herein.

2. Starting in or about 2012 and continuing to the present, at Peoria, in the Central District of Illinois and elsewhere,

> CLIFTON ROBINSON, a/k/a "Ty,"
> MONIQUE BONNER,
> TAWANDA DAVIS, and
> BRIEANA KINNEY-BONNER,

defendants herein, with the intent to defraud, devised, intended to devise, and willfully participated in, with knowledge of its fraudulent nature, the above-described scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

3. On or about the below-listed dates, in the Central District of Illinois, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud and deprive, the defendants knowingly caused to be delivered by mail, according to the directions thereon, the below-described mail matter:

7

| Count | Date | Address | Mail Matter |
|-------|------|---------|-------------|
| 10 | 6/14/13 | C.P.<br>3808 W. Brighton Ave.<br>Peoria, IL | $560.00 Check |
| 11 | 6/25/13 | S.G.<br>710 NE Adams, Apt. 112<br>Peoria, IL | $4,479.05 Check |
| 12 | 9/3/13 | T.A.<br>113 N. Merriman Court<br>Peoria, IL | $560.00 Check |
| 13 | 2/28/14 | Monique Bonner<br>113 N. Merriman Court<br>Peoria, IL 61605 | $5,250.00 Check |
| 14 | 5/7/14 | C.P.<br>3808 W. Brighton Ave.<br>Peoria, IL | $5,120.33 Check |

All in violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT 15
### (Aggravated Identity Theft)

On or about February 14, 2013, in the Central District of Illinois and elsewhere,

CLIFTON ROBINSON, a/k/a "Ty," and
MONIQUE BONNER,

defendants herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that being an individual identified herein as T.A., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, wire fraud, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1);

All in violation of Title 18, United States Code, Sections 1028(A)(a)(1) and (c)(1) and Title 18, United States Code, Section 2.

## COUNT 16
### (Aggravated Identity Theft)

On or about January 26, 2014, in the Central District of Illinois and elsewhere,

CLIFTON ROBINSON, a/k/a "TY,"

defendant herein, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that being an individual identified herein as D.M., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, wire fraud, knowing that the means of identification belonged to another actual person, in violation of Title 18, United States Code, Section 1028A(a)(1);

All in violation of Title 18, United States Code, Sections 1028(A)(a)(1) and (c)(1) and Title 18, United States Code, Section 2.

A True Bill.
s/Foreperson

Foreperson

s/Darilynn Knauss

PATRICK D. HANSEN
ACTING UNITED STATES ATTORNEY
DJK/amr