IN the United States District Court
for the Central District of Illinois

United States of America
    Plaintiff

vs.

Clifton Robinson
    Defendant

Docket No. 16 CR-10053-1

## Motion to Accuse Counsel

Now comes the Defendant Clifton Robinson, hearby further requests a hearing on the instant motion. In support said motion, Defendant states as follows

1. Defendant is no where close to being prepared for any trial
2. Defendant has requested certain docs, such as video tapes & transcripts thats critical in this trial
3. Defendant has asked counsel to file several motions for which counsel refuses
4. Defendant doesn't want to get blind sided again!

Wherefore Defendant Clifton Robinson respectfully requests this Honorable court to

A. Remove John Lonergan from Defendants case
B. Or have Mr. Lonergan prepare a better Defense

Respectfully, Clifton Robinson
5-8-18

Clark Dotson
53 Huntsmeyer Rd
Pekin IL 61554

PEORIA IL 615
09 MAY 2018 PM 1 L

United States District Court
Central District of Illinois
Office of the Clerk
Room 315
Larry Smith

100 N.E. Monroe
Peoria, IL 61602

E16023E1021 C005