RECEIVED
NOV 0 2 2018
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

U.S.C.A. 7th Circuit
RECEIVED
OCT 31 2018
GINO J. AGNELLO
CLERK

E-FILED
Friday, 02 November, 2018 12:58:33 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 31 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America
Plaintiff-Appelle

v.                            No. 18-2399

Clifton Robinson              16-10053
Defendant-Appellant

## Motion to Expedite Briefing

Notice of appeal title 28, Section 1291, title 18, Section 3742, title 28, section 2255 and Prejudice

Appellant, Clifton Robinson "Pro Se" request that this court grant him this motion to expedite briefing and appeal and motion to dismiss indictment due to prejudice.

1. Defendant's counsel Robert Hanauer is once again withdrawing from case, which leaves Defendant "Pro Se", Counsel, Hanauer stated that if he raises any of Defendant issues, that he will be fired, counsel Hanauer filed for withdraw on 7-30-18 so attorney-client relationship has been broken ever since.

2. As stated before, defendant asserts that all these counsels in Peoria, Il., are prejudice, if Defendants press issues than the counsel will quit, rather than Doing they job, and all Defendants constitution rights be violated and all you hear

RECEIVED NOV 0 3 2016 U.S. CLERKS OFFICE PEORIA ILLINOIS

CEC 3 1 2016 DECLARED SERVICE CIVIL DIVISION

is, that's how our game goes, with that being said, Let Defendant defend hisself.

3. Victum Robertson file people taxes in chicago, NOT PEORIA.

Count 2, Wire fraud, Because Bonner doesn't know the person and S.S. Card on exhibit shows it went to some one name Debra Appress who was not at trial to verify it, # violate right to confrontation

Count 3, T.A. wire transfer cleary shows 3 different phone numbers checking her card which it also shows A 1000 transfer to Defendant's Bank account

Count 4 & 5, wire fraud, Both R.H. & T.A. bank account clearly shows teller withdraws in CHICAGO, NOT PEORIA, but never got brought up once this whole time. # Prejudice

Count 6, 7, 8, phone that was found that contain tax info in it had nothing to do with central district and belonged to uncharged co-respicator.

Counts 9, 13, Monique Bonner & Tawanda Davis went to school and got degrees to run A hair and nail business which means they have the right to file self employ taxes.

Count 10, 11, 12, 14, Defendant was supenoa to do a handwritten analysis on those checks and it was never used at trial and those witnesses who checks they are never was subpenoa to give they handwriting test, # violation due process

Count 15, 16, if T.A.'s bank account was shown in counts and her signature was subpoena then count dismiss. And count 16 was just a back up for the Gov, just in case they lost the T.A. sweepstakes, # multiplicity & duplicity

And if these prejudice ass lawyers would have filed the motions to vacate those counts 2 through 14 on the grounds I just explained, then you have no count 1, but this the nature of the business in the Peoria corrupt court system

4. The law doesn't says be malicious, vindictive and lie bout putting 1.2 million in 4 people hands, this allege crime was never committed in Peoria, those people in Peoria were already doing they taxes and none of them knew Defendant Clifton Robinson and Defendant lives in Chicago, NOT Peoria, and to put money on Defendant that he never possess is a violation of confrontation. And from the words of our new Supreme Court Judge Bret Kavenah, quote, "NO ONE IS ABOVE THE LAW when it come to our United States Constitution system, And he didn't not say with the exception of Peoria Il. Thank you.

Wherefore, Defendant Clifton Robinson,

respectfully prays that this court grant this motion to expedite, these court Appoints new counsel out the northern District, prays that this court upholds the constitution, prays that this court Bring perjury charges on the people who lied During trial under oath, prays that this court will bring up all the blunders, lies, trial errs, plain errors, lawyers quitting in the middle of trial, lawyers refusing to cross-examine witnesses, and such further relief as this court Deems Appropiate

Respectfully Submitted
Clifton Robinson

#RACIAL injustice

Clifton Robinson
301 W. Maxwell Rd.
Peoria, IL. 61604



PEORIA IL 616
29 OCT 2018 PM 1 L

United States Court of Appeals
for the Seventh Circuit
Everett Mckinley Dirksen
219 S. Dearborn St.
Chicago, IL.
60604