IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 10053 |
| | ) | |
| | ) | Honorable Michael M. Mihm |
| | ) | |
| CLIFTON ROBINSON | | |

_____/

DARILYNN J. KNAUSS
U.S. Attorney
One Technology Plaza
Suite 400
211 Fulton
Peoria, IL 61602
(309) 671-7050
Email: gene.crawford@usdoj.gov

HILARY W. FROOMAN
U.S. Attorney
318 South Sixth Street
Springfield, IL 62701-1806
217-492-4450
Email: hilary.frooman@usdoj.gov

KATHERINE G. LEGGE
U.S. Attorney
One Technology Plaza
Suite 400
211 Fulton Street
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259

SANFORD A. SCHULMAN
Attorney for Defendant
    CLIFTON ROBINSON
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Fax: (248) 671-0353
Email: saschulman@comcast.net

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
    CLIFTON ROBINSON
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Fax: (248) 671-0353
Email: attorneystefanielambert@gmail.com

Email: Katherine.legge@usdoj.gov
RONALD LEN HANNA
U.S. Attorney
One Technology Plaza
Suite 400
211 Fulton Street
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259
Email: segev.phillips@usdoj.gov

**APPEARANCE ON BEHALF OF DEFENDANT CLIFTON ROBINSON**

PLEASE ENTER the Appearance of STEFANIE LAMBERT JUNTTILA as attorney of record on behalf of the Defendant, CLIFTON ROBINSON, in regards to the above-entitled matter.

Kindly forward notices to the undersigned.

        Respectfully submitted,

        /s/ Stefanie Lambert Junttila
        STEFANIE LAMBERT JUNTTILA
        Attorney for Defendant
           CLIFTON ROBINSON
        500 Griswold Street, Suite 2340
        Detroit, Michigan 48226
        (313) 963-4740

Date: May 29, 2020

## Certificate of Service

I, Stefanie Lambert Junttila, attorney at law, certify that on May 29, 2020, I caused a copy of this pleading to be served upon the Clerk of the Court and Government via E-file.

                                              /s/ Stefanie Lambert Junttila
                                              Stefanie Lambert Junttila (P71303)