IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 10053 |
| | ) | |
| | ) | Honorable Michael M. Mihm |
| | ) | |
| CLIFTON ROBINSON | | |

_____/

DARILYNN J. KNAUSS
U.S. Attorney
One Technology Plaza
Suite 400
211 Fulton
Peoria, IL 61602
(309) 671-7050
Email: gene.crawford@usdoj.gov

HILARY W. FROOMAN
U.S. Attorney
318 South Sixth Street
Springfield, IL 62701-1806
217-492-4450
Email: hilary.frooman@usdoj.gov

KATHERINE G. LEGGE
U.S. Attorney
One Technology Plaza
Suite 400
211 Fulton Street
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259
Email: Katherine.legge@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Defendant
   CLIFTON ROBINSON
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Fax: (248) 671-0353
Email: saschulman@comcast.net

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
   CLIFTON ROBINSON
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Fax: (248) 671-0353
Email: attorneystefanielambert@gmail.com

RONALD LEN HANNA
U.S. Attorney
One Technology Plaza
Suite 400
211 Fulton Street
Peoria, IL 61602
309-671-7050
Fax: 309-671-7259
Email: segev.phillips@usdoj.gov

### DEFENDANT, CLIFTON ROBINSON'S REPLY TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RE-SENTENCING AND REQUEST FOR EARLY RELEASE

Mr. Robinson filed his Motion for Resentencing and Request for Early Release on May 28, 2020. The Government filed a Response to Mr. Caffey-Bostic's Motion on June 5, 2020. Mr. Robinson offers this Reply, and does not intend to waive any issue by not responding to contentions fully addressed in his Motion for Compassionate Release.

### ARGUMENT

The Government incorrectly asserts that Mr. Robinson's medical condition of chronic asthma is "well controlled" by the BOP. While Mr. Robinson's asthma is severe and requires inhaler use up to four times per day, he will likely die if he contracts COVID-19 at FCI Milan. The Government acknowledges that several inmates have died at FCI Milan.

Mr. Robinson's medical condition makes him a high risk for Coronavirus (COVID-19) because COVID-19 is particularly harsh on patients with respiratory

conditions. The defendant to respectfully request that his sentence be modified pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) in light of the COVID-19 pandemic.

As a result of both his medical status, should Mr. Robinson become infected, he faces a substantial risk of suffering a severe form of the disease or even death.

The defense maintains that the risk COVID-19 poses to Mr. Robinson's health amounts to an "extraordinary and compelling" circumstance that warrants transferring Mr. Robinson to supervised release with a special condition of home confinement for the duration of his sentence.

As of May 16, 2020, The Bureau of Prisons' website tracking COVID-19 confirms 2,280 federal inmates, and 283 BOP staff who have positive test results for COVID-19. *BOP: COVID-19 Update*, May 16, 2020, https://www.bop.gov/coronavirus/. As you are aware, COVID-19 is highly contagious and is spreading at a rapid rate. In New York state, more than 66,000 individuals have tested positive for the virus, resulting in at least 1,200 deaths. Orange County -- where FCI Otisville is located -- has registered over 1,400 cases.

According to the World Health Organization, the populations most at risk of suffering a severe form of the disease include "[o]lder people, and those with underlying medical problems like cardiovascular disease [and] diabetes." (People Who Are at Higher Risk for Severe Illness, Centers for Disease Control and Prevention, Mar. 22, 2020, https://www.cdc.gov/coronavirus/2019-ncov/specific-

groups/people-at-higher-risk.html). The CDC similarly has explained that individuals over the age of 65 and people of any age who have serious underlying medical conditions, including heart conditions, diabetes, and obesity are at higher risk for severe illness from COVID19. Respiratory conditions like Mr. Robinson's asthma diagnosis is considered an underlying medical problem which places him in the vulnerable population.

According to the CDC, asthma may put people at higher risk for severe illness from COVID-19. The CDC suggests a number of steps should be taken for those with asthma including have another person who doesn't have asthma clean and disinfect the home. The CDC further cautions that people with asthma are at an increased risk because COVID-19 can affect your respiratory tract (nose, throat, lungs), cause an asthma attack, and possibly lead to pneumonia and serious illness. *People Who Are at Higher Riskr Severe Illness|Coronavirus|COVID-19|CDC*, May 14, 2020, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/groups-at-higher-risk.html.

Doctors are warning the public that young people in their 30's and 40's are testing positive for COVID-19, and dying of strokes. The medical community is perplexed by this data since most of these young people showed no signs or symptoms of COVID-19 prior to stoke. *Young and middle-aged people, barely sick with covid-19, are dying of strokes,* The Washington Post, (April 25, 2020),

https://www.washingtonpost.com/health/2020/04/24/strokes-coronavirus-young-patients/. Currently Mr. Robinson has no way to take his temperature, nor has he been tested for COVID-19.

As numerous courts have recognized, "[t]he risk of contracting COVID-19 in tightly-confined spaces, especially jails, is now exceedingly obvious." Basank v. Decker, 2020 WL 1481503, at 5 (S.D.N.Y. Mar. 26, 2020).

One public health expert has explained: "If you wanted to set up a situation that would promote rapid transmission of a respiratory virus, you would say prison: it's close quarters, unsanitary, individuals in frequent contact." In such situations, it is "nearly impossible to provide infection control." (Daniel A. Gross, "'It Spreads Like Wildfire': The Coronavirus Comes to New York's Prisons," The New Yorker, Mar. 24, 2020.

Other experts describe the possibility of "accelerated transmission and poor health outcomes of patients with COVID-19 in prisons and jails" as "extraordinarily high" due not only to the close quarters in which the inmates reside, but also the quality and quantity of available medical care and the fact that hundreds of individuals -- from staff to new arrestees -- enter and leave detention facilities daily. (Brie Williams, COVID-19 in Correctional Settings, Mar. 22, 2019, https://www.scribd.com/document/452807558/NY-Press-Conference-Brie-Williams-Remarks).

These dangers are not theoretical.  During the COVID-19 outbreak in China, prisons became hotbeds of infection despite stringent control measures, and press reports indicate that the same is now occurring at FCI Oakdale in Louisiana. (Zi Yang, "Cracks in the System:  COVID-19 in Chinese Prisons," The Diplomat, Mar. 9, 2020,  https://thediplomat.com/2020/03/cracks-in-the-system-covid-19-in-chinese-prisons/; Kimberly Kindy, "An Explosion of Coronavirus Cases Cripples a Federal Prison in Louisiana," Washington Post, Mar. 29, 2020, https://www.washingtonpost.com/national/an-explosion-of-coronavirus-cases-cripples-a-federalprison-in-louisiana/2020/03/29/75a465c0-71d5-11ea-85cb-8670579b863d_story.html.)

The CDC has recommended that high-risk individuals avoid crowds, keep space between themselves and others, and stay at home to avoid exposure to the virus.  (Get Ready for COVID-19, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/specific-groups/get-ready.html.)

Despite BOP's best efforts, it is impossible for Mr. Robinson to practice such "social distancing" to protect himself.  In FCI Milan facility over 100 inmates eat elbow-to-elbow at the same time, share one large bathroom with a handful of stalls and a handful of showers, and sleep together in bunks beds only a few feet apart that are divided principally between two dormitories (as opposed to individual cells).  The two dormitories are separated only by the shared bathroom.

There is no place to self-isolate. In short, measures being taken by BOP cannot help but be insufficient, and certainly he is unable to have someone clean his living environment as the CDC suggests.

Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), this Court may "reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that substantial and compelling reasons warrant such a reduction."

18 U.S.C. § 3582(c)(1)(A)(i) requires that an inmate exhaust his administrative remedies or wait for 30 days to lapse following his submission of a request for relief to the warden of his facility before seeking judicial relief.

Under these exigent circumstances, however, requiring the 30-day period to pass before Mr. Robinson could seek relief from the court would be futile and only further endanger Mr. Robinson's health. Mr. Robinson has made multiple request to the Bureau of Prisons for compassionate release, and the Bureau of Prisons has had sufficient time to review Mr. Robinson's request. Therefore, Mr. Robinson urges this Honorable Court to Grant his Motion.

WHEREFORE, the Defendant CLIFTON ROBINSON, by and through his attorneys, SANFORD A. SCHULMAN, and STEFANIE L. LAMBERT, and respectfully requests this Honorable Court enter an order resentencing CLIFTON ROBINSON and early release from federal prison for the reason so stated herein.

Respectfully submitted,

/s/ Stefanie Lambert Junttila
Stefanie Lambert Junttila
Attorney for Defendant
    CLIFTON ROBINSON
500 Griswold St Ste 2340
Detroit, MI 48226-4484
attorneystefanielambert@gmail.com
Phone: (313) 963-4740

Date: June 17, 2020

Certificate of Service

I, Stefanie Lambert Junttila, attorney at law, certify that on June 17, 2020, I caused a copy of this pleading to be served upon the Clerk of the Court and Government via E-file.

/s/ Stefanie Lambert Junttila
Stefanie Lambert Junttila (P71303)