IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

CLIFTON ROBINSON,

PETITIONER,

VS

UNITED STATES OF AMERICA,

RESPONDENT.

CASE NO. 1:16-CR-10053-mmm-jeh

MOTION SEEKING COUNSEL WITHDRAWAL AND
REQUEST TO PROCEED PRO SE;

FILED
AUG 21 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Comes now Clifton Robinson, (herein after petitioner) in his own behalf. Pursuant to title 18 u.s.c. 3582(c)(1)(A)(i) and Compassionate Release, as well as any and all applicable Court Rules Laws, Statutes and Codes, which may govern this said action and states as follows:

Appellant has filed a motion subsequent the 6/18/20 order seeking Compassionate Release. The aforementioned motion was filed Pro Se. Petitioner asserts that he vehemently opposes counsel who represented him in the prior proceeding to be involved in any aspect of this case as petitioner is filing a claim of Ineffective assistance of counsel against the dump truck, as well as a complaint with the American Bar association based upon her incompetence.

Petitioner filed the motion pro se and exercise's those applicable right to pursue compassionate release pursuant to that particular doctrine for good cause shown.

Wherefore, petitioner respectfully prays that counsel appointed by this court to amend be withdrawn based upon petitioner's motion seeking counsel's withdrawal and in the interest of fairness, as that truck dump petitioner in the previous hearing and petitioner is not seeking a repeat performance for good cause shown:

Dated this 13th day of August 2020

RESPECTFULLY SUBMITTED,

CLIFTON ROBINSON
21794-026
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN MICHIGAN, 48160

Certificate of Service:

I, Clifton Robinson, declare under the penalty of Perjury that i placed a copy of a motion styled "Withdrawal of Counsel" addressed to the Clerk of the Court for the Central District of Illinois, by placing the aforementioned copy in the institutional mailing system on or about August 13th 2020 postage pre-paid:

C. FILE                    CLIFTON ROBINSON



Clafton Pinckney Robinson 27191-026
P.O Box 1000
Milan, Michigan 48160

United States District Court
Central District of Illinois
Office of the Clerk Rm 305
Federal Building
100 N.E. Monroe St
Peoria, Ill... 61602